IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JOSH NOLEN, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FIREBIRDS OF OVERLAND PARK, LLC<br><br>Defendant. | Case No. _____ |

## NOTICE OF REMOVAL

TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS:

PLEASE TAKE NOTICE that Defendant Firebirds of Overland Park, LLC ("Firebirds"), hereby removes the above-referenced action filed by Josh Nolen ("Plaintiff") from the District Court of Johnson County, Kansas to the United States District Court for the District of Kansas pursuant to 28 U.S.C. §§ 1331, 1441, 1446. In further support of removal, Firebirds states as follows:

1. Firebirds has been named as a defendant in Case No. 17CV01658, filed on March 22, 2017 in the District Court of Johnson County, Kansas, styled *Josh Nolen v. Firebirds of Overland Park, L.L.C.* (the "State Court Action").

2. Firebirds was served with Plaintiff's Petition for Damages on April 5, 2017.

3. Plaintiff's single-count Petition contains a claim made pursuant to the federal Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*

4. This Court therefore has federal question jurisdiction pursuant to 28 U.S.C. § 1331, and removal is proper pursuant to 28 U.S.C. § 1441. *See* 28 U.S.C. § 1441(b) ("Any civil action of which the district courts have original jurisdiction founded on a claim or right arising

under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship of the parties.").

5. This Notice of Removal is being filed with this Court within thirty (30) days of the date Plaintiff's Petition was served on Firebirds in the State Court Action and is therefore timely. Pursuant to 28 U.S.C. § 1446, copies of all process, pleadings and orders that were served in the State Court Action are attached as **Exhibit A**. No further proceedings have occurred in the District Court of Johnson County, Kansas; *i.e.* no pleading responsive to the Petition for Damages has been filed.

6. Written notice of the filing of this Notice for Removal will be served upon counsel for Plaintiff and filed with Clerk of the District Court of Johnson County, Kansas, as required by law.

7. By this Notice of Removal, Firebirds does not waive any defenses, jurisdictional or otherwise, that it may possess. Firebirds also does not concede that Plaintiff has stated a claim against it.

WHEREFORE, in accordance with the authorities set forth above, Firebirds hereby removes this action from the District Court of Johnson County, Kansas, to the United States District Court for the District of Kansas.

## **DESIGNATION OF PLACE OF TRIAL**

Defendant requests that trial be held in Kansas City, Kansas.

Respectfully submitted,

POLSINELLI PC

By: /s/ *Robert J. Hingula* _____
   ROBERT J. HINGULA  (#22203)
   KATHARINE SANGHA (#26232)
   900 W. 48th Place, Suite 900
   Kansas City, MO 64112
   (816) 753-1000
   Fax No.: (816) 753-1536
   rhingula@polsinelli.com
   ksangha@polsinelli.com

ATTORNEYS FOR DEFENDANT FIREBIRDS OF OVERLAND PARK, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, with a copy also sent via United States mail to the following:

   Phillip M. Murphy, II, Esq.
   Law Office of Phillip M. Murphy, II
   4717 Grand Avenue, Suite 250
   Kansas City, MO  64112
   913-661-2900
   Fax:  913-312-5841
   Phillip@phillipmurphylaw.com
   ATTORNEYS FOR PLAINTIFF

                                                       /s/Robert J. Hingula _____